ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Donley-Kirlin Joint Venture ) | ASBCA No. 61713 |
| ) | |
| Under Contract No. W912DY-12-D-0005 ) | |

APPEARANCES FOR THE APPELLANT:     Douglas L. Patin, Esq.
                                   Lee-Ann C. Brown, Esq.
                                   Bradley Arant Boult Cummings LLP
                                   Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Michael L. Graves, Jr., Esq.
                                   Steven W. Feldman, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineering and Support Center
                                     Huntsville, AL

ORDER OF DISMISSAL

Pursuant to appellant's request, the appeal is dismissed with prejudice.

Dated: August 2, 2019

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61713, Appeal of Donley-Kirlin Joint Venture, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals